**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAVAL ANTHONY GREEN, #86194** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1441** |
| **HOUMA POLICE DEPARTMENT, OFFICER SETH DEFELICE** | **SECTION "H"(5)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Green's claims against the Houma Police Department are **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that Green's claims against Officer Seth Defelice be **STAYED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this action **CLOSED** for administrative and statistical purposes.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the stayed claims and the case be restored to the trial docket once Green's state criminal proceedings are concluded and upon a properly filed motion by any party within sixty (60) days of the state

courts' final ruling or judgment of conviction, so that the claims may proceed to final disposition..

New Orleans, Louisiana, this 25th day of September, 2026.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**